United States District Court
for the
Eastern District of Michigan
Southern Division

Case: 2:22-cv-10086
Judge: Friedman, Bernard A.
MJ: Altman, Kimberly G.
Filed: 01-03-2022 At 05:23 PM
PRIS FRALY V. GRAND TRAVERSE COUNTY
CHILD PROTECTIVE SERVICE ET AL (DA)

U.S. District

Buck. A. Fraly
Plaintiff

v.

Grand Traverse County Child Protective Service Employees John Doe and Jane Doe Family Division and Attorney Jacob Graff in their individual Capacity, Personal Capacity ET. AL., Defendants

42 USCA 1983 Federal Civil Rights Complaint

This is a 42 USCA 1983 Federal Civil Rights Complaint Complaining About False Reports false Pretense

(1)

POOR QUALITY ORIGINAL

(2) <u>Jurisdiction</u>

The Federal Jurisdiction Under 28 USCA 1391, 28 USCA 1331, See 28 USCA 1391 and 28 USCA 1343 The (42 USCA 1983 Federal Civil Rights) Lawsuit is Valid to File.

(3) <u>Venue</u>

The Federal Venue 28 USCA 1391 is Appropriate to File In Federal District Court For The Eastern District of The State of Michigan.

(4) <u>Plaintiff Address</u>

Macomb Correctional Facility 34 25. 26. Mile Road. Lenox township, Michigan 48048 Buell A. Truly # 461-461.

(5) <u>Defendant Address</u>

The Defendants Address Is At The Grand Traverse County Child Service Location

(2)

Defendant Attorney Jacob Graff Office Located on Front Street, Traverse City, Michigan 49684.

6) Statement of Facts and Claims

On The Approximate date of 2017 The Attorney Jacob Graff testified in The Child Protective Services and Made Misstatements about The Kit Father I was Which was not True at The Child Protective Service Trial. The subordination to Perjury, Perjury and False Crime Reporting to a Crime within The State of Michigan and a Violation of Federal Law. The Attorney Mr. Jacobs Graff Did intentionally Commit False Statements at The Probate Court Division of The Child Protective Services in 2017. This caused The Trial Judge to Take My Kids From Me in 2017 for 9 months.

(3)

Without my Family I was very ill and had Bad Health Conditions and was forced to Live with Strangers and was forced to Live with Strangers and Had to take Anger Management Classes and Parenting Classes. And had to see my Kids on saturday at Child Family service in Traverse City, Michigan. I was Falsely accused Falsely accused of being a Unfit Father based on a Hearsay, False accusation by the Attorney Jacob Graff and (CPS) Employees.

(2) The False Statements was Proven as False Later on in 2017 and the Complainant admitted it was False about me being an Unfit Father. After I called my Attorney and he Told me the Truth and he Lied and said I can go home, and he told me

(4)

No Child Protective Service kept me from my family for 9-months the charges never arose again But the Plaintiff Had Lied to CPS and The Traverse Police Department, Yet they still kept my kids from me and from my wife, even though they explained that the allegations were Untrue Stories. The Child Protective Service did not Care, Because They did a emergency Hearing With the Family Division Court in Grand Traverse County to Have My Kids Removed from My Care and give Them to there Mother Amanda Fraley My wife.

The Lady from the (CPS) Told the courts That i Beat My wife with a baseball in 2010 and That is Why They wanted to have My Kids Taken from Me. She Lied to The Judge in open Court and commit penjury to get my kids

(5)

Taken From.

(5) Concluded

I want to add to the, 2010 I did not even touch anyone with a bat and There is Nothing in My record, that states that and Plus even if it did happen in 2010 what did they do with what was going on in 2017 they were Constantly Picking on Me. That is (cps) Service that is who Trying to enstate Me, But Ms. Erin Cliff Kept trying to Pick on Me to get Me to get Me Mad and would Made Me Plant is to purposely try to arrest Me.

(7) I'm innocent of the 2017 false allegations because I was only Protecting My other son from his negative Behavior in 2017 early in April at the GoodWill in we were staying For we were Homeless my wife had

(6)

not been staying together with the boys and I for she was having an affair on me and we were just found out in 2017 about the end of March. (6)

I took very good care of my children and kept them safe. So early in April my wife told me about her personal love affair she had and she admitted she had it for almost 7 years without my knowledge. Yet I took her back as a lawful wedded wife and never called her a disgraced wife or unfaithful, I just told her to come home or come back to me and our family. She came back to the good will and was back for 3-days and our son Dakota Tracy who was 17-years at the time started beating up his youngster brother Anthony Tracy who was 14 and

(7)

and Dakota is much bigger than Anthony. it was my job to stop Dakota as a father and i physically separated them from fighting Dakota Spit in my face and i grabbed his shirt and walked him to his Bed Room. Dakota then Punched Me in My Face, My wife came and and accidentally Fell to the Floor, Dakota Went to School and told them the School Officials I Slapped him for No Reasons. He Told them i Threw My wife to the Floor.
My wife, took the kids to her best friends House and Smoked, Drugs, Used drugs and used Alcohol At My House. I Had a Mental Breakdown, After my wife Let the Boys and Dakota was smoking Cigarettes and dope Using

(8)

When in My Case The Kid's Were Not allowed to do Those Things. They took Anthony who Was still a Minor and Even when I Had a Mental Breakdown and Had to be on Medication My Wife Made a False Police Report to the (CPS) Protection Agency.

(9)

## Relief Requested

Wherefore, Plaintiff Pray and Request That the Court Grant The 42 USCA 1983 Federal Civil Rights Action in the Amount of $1.4 Million Dollars' Compensatory, and $425,000.00 Punitive Damages, and $200,000.00 Nominal Damages, $145,000.00 Special Damages. To Restrain the Defendants By a Preliminary Injunctions for Be Arrived Rights.

(10)

Dated:
December, 13th,
2021.

CC:
Carbon Copy Made.

Respectfully Submitted By: Bush A
Truly. # 461481
Muskegon Correctional Facility. 2400
S. Sheridan Road.
Muskegon, Michigan
49442.

(10)

To: Clerk's Office
Of The U.S. District
Ct. 231 Lafayette
Street, Detroit, Michigan
48226.

Dear,
Clerk of The Court, The Plaintiff submits The (3) Copies of 42 USCA 1983 Federal Civil Rights Complaint, Cover Letter, Appearance. And Certificate of Service, Notice of Hearing. Copy of Federal Certificate of Account Activity form Attached, Copy served on Attorney General Ms. Dana Nessel At 525. West Ottawa. Street Lansing, Michigan, 48909. Copy served on The Defendants At Their respective addresses. (1)

Dated:
December 20th, 2021.
CC:

Respectfully Submitted by: Rush
A. Truly. Macomb
Correctional Facility. 34625. 26 Mile Road.
Lenox Township, Michigan 48048

Buck. A. Fraly #444yw
Macomb Correctional Facility
34835. 26-Mile Road
Newhaven mich 48048

pris

TO: Clerk's Office of The
United States District Court
231. Lafayette
Street

Detroit, Michigan,
48226.

RECEIVED
JAN 13 2022
CLERK'S OFFICE
DETROIT