UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BUCK A. FRALY,

    Plaintiff,

v.

    Case No. 1:22-cv-138

    Hon. Hala Y. Jarbou

UNKNOWN PARTY #1, et al.,

    Defendants.
_____/

## ORDER

On March 23, 2022, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that that Plaintiff's complaint be dismissed for failure to state a claim on which relief may be granted (ECF No. 11).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on April 6, 2022.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 11) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Date:   April 27, 2022                     /s/ Hala Y. Jarbou
                                                  HALA Y. JARBOU
                                                  UNITED STATES DISTRICT JUDGE